**DISMISS and Opinion Filed April 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-01212-CV**

**KHANH DAO, Appellant**
**V.**
**PHILLIP SILVA, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16235**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

Before the Court is the parties' agreed motion to dismiss the appeal. The parties have informed the Court that they have settled their differences. Accordingly, we grant the parties' motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(2).

141212F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KHANH DAO, Appellant

No. 05-14-01212-CV        V.

PHILLIP SILVA, Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-11-16235.
Opinion delivered by Justice Francis.
Justices Lang-Miers and Whitehill, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered April 22, 2015.